County Board of Education of Richmond County
Regular Board Meeting
Board Actions
May 10, 2007

The Richmond County Regular Board Meeting was called to order by the president, Mr. Jimmy Atkins at 6:00 PM. Mr. Atkins called Rev. Leroy James to give the invocation followed by the pledge of allegiance led by Student Council Members from Terrace Manor, Tobacco Road, Warren Road and Wheeless Road Elementary Schools. Mr. Thompson called the roll: Mr. Atkins, Mr. Barnes, Ms. Cain, Ms. Curtis, Mr. Dolan, Mr. Howard, Ms. Minchew, Mr. Padgett, Ms. Pulliam and Mr. Scott were present. Mr. Fletcher, Board Attorney was also present. The following actions were taken:

1. Recognized Student Council members Representative Danielle Coney from Morgan Road Middle School; Representative Brittany Johnson from Murphey Middle School; and Representative Brandon Parijs from Cross Creek High School.
2. Recognized Beth Caldwell, a junior at Davidson Fine Arts requesting a Student Advisory Committee. Approved a motion to have administration meet and return a recommendation to the Board for a Student Advisory Committee.
3. Recognized Mr. Haskell Toporek and Mr. James B. Puryear on behalf of Rotary International. The Hull Fund will be presenting 1500 to 1600 dictionaries to our third grade level classrooms.
4. Recognized Ms. Sallie Thomas requesting a 4% pay raise for all employees in the Transportation Department.
5. Recognized Betty Walpert, Drama Teacher and cast members, Marian Kaufman, Trey Griffin, Briana Boatwright, Kelly Grossman, and Jasmine Harris from Davidson Fine Arts for winning All-Star Cast, Best Play and Best Tech at the Southeastern Theatre Conference.
6. Recognized Victoria Reliford of Cross Creek High School for being elected to serve as State Vice President of Finance of DECA.
7. Recognized the D.A.R.E. (Drug Abuse Resistance Education) 1st Place Essay Contest Winners and Top D.A.R.E. Students as follows: Nikki McGann of Diamond Lakes Elementary School, Matthew Bruner of Garrett Elementary School, Katlyn B. Hartley of Southside Elementary School and Jahmia N. Bradley of Wilkinson Gardens Elementary School; also recognized Officer Pleasant, D.A.R.E. Representative from the Richmond County Sheriff's Department.
8. Recognized McBean Elementary School as the Top Fundraiser in the CSRA Medical College of Georgia Children's Hospital, Raiders of the Loose Change Campaign, Ms. Carolyn Blackwell, Coordinator and Dr. Janina Dallas, Principal.
9. Recognized students in the Duke University Talent Identification Program, State Recognitions are James Dee and Jessica Enfinger from Hephzibah Middle and Laura Corpe, Sarah Corpe, Christopher Flippo, Frances Hall, Baker Hendrix, James Henry, Elizabeth Lamberts, Veronica Leblanc, Michael McCullen, Wesley McPherson, Emily Plocha and Danielle Rossi from Davidson Fine Arts; other students qualifying are Wesley Alston, William Castro, Jr. and Christopher Palmer from Morgan Road Middle School; Kiara Franklin, Leigh Kilpatrick and Destiny Murphy from Hephzibah Middle School; and Shelby Balliet, Idalease Cummings, Alexis Fyne, Anna Guitton, Anna Hadsell, Cayla Heath, Holly Jackson, James Layton, Bryce Lewis, Alicia Manigault,

**EXHIBIT "A"**

      Mackenzie Marr, Michael McCann, Marsha Moorman, Shaina Robinson, and Zachary Whitney from Davidson Fine Arts.
10. Recognized Ms. Amy Hillman, Benjamin Hillman, Sydney Muller, Savannah Burgess, Yasmeen Chisholm, Kali Williams, Savannah Pugh, Marcus Brown, Kaitlyn Eby, Jordan Jamar, Jessica Vann, Sierra Petty, Armando Celon, Dwana Hartness and Stephanie Cole-Marshall and their presentation from the excursion to St. Augustine, Florida.
11. Recognized Dr. Penny Johnson for the 10th District Large Group Performance Evaluation from the Georgia Music Educators Association. Receiving Superior Overall Ratings: Outstanding performance as follows: Richmond County 5th grade orchestra (Robert Browning, Director), Richmond County 7th/8th grade orchestra (Rachel Misner, director), Richmond County High School Chamber orchestra (Philip Rhodes, director), Davidson Fine Arts Chamber orchestra (Kirsten Hughes, director), Davidson Fine Arts Band (Everett Cannady, director), The Davidson Band also was awarded the Grand Champion Trophy at the All Star Music Festival in Orlando this year for the highest score in the concert division, Langford Middle School Band (Sherry Brunkow, director), Davidson Fine Arts Chorale (James Dunaway, director), Davidson Fine Arts Women's Ensemble (James Dunaway, director). Receiving Excellent Overall Ratings: A performance of distinctive quality as follows: Richmond County 6th grade Orchestra (Brenda Gustafson, director), Richmond County Symphonic Orchestra (Amy Ellington, director), Davidson Fine Arts Encore Orchestra (Kirsten Hughes, director), Davidson Fine Arts Concert Orchestra (Kirsten Hughes, director), Academy of Richmond County (ARC) Band (Arthur Wright, director), Cross Creek High School Band (Tracey Hammock, director), East Augusta Middle School Band (Mike Tanksley, director), Glenn Hills Middle School Band (Armando LeDuc-Cruz, director), Academy of Richmond County (ARC) Chorus (Mollie Baldwin, director), Butler High School Concert Chorus (Ladell Fortune, director), Cross Creek High School Chorus (2 groups) (Jerome Peterson, director), Langford Middle School Chorus (Angela Avret, director), Spirit Creek Middle School Chorus (Vangie Addison, director).
12. Recognized Toriano Collier for the Optimist International Scholarship Presentation for the Communication Contest for the Deaf and Hard of Hearing.
13. Approved the minutes from the April 11, 2007 board meeting.
14. Approved the following consent agenda, to-wit:
    a. BID – A R Johnson High School Asbestos Abatement, Project No. ACES 118-167
    b. BID – Intercom Additions, RFP #07-2018
    c. BID – Intercom Replacement for Barton Chapel Elementary and Sego Middle School, RFP #07-2017
    d. BID – Paint, RFP #07-2003
    e. BID – Chillers, Boilers and Energy Recovery Units Service, RFP #07-2004
    f. BID – Fire Extinguisher Service, RFP #07-2005
    g. BID – Light Bulbs and Tubes, Bid #154
    h. BID – School Bus Seat Repair Supplies, RFP #06-1016 (Award Correction)
    i. BID – Replacement School Bus Transmissions, RFP #07-2008
    j. BID – Comprehensive School Bus Tire Replacement, RFP #07-2009
    k. BID – Tires for Light Trucks, Vans and Cars, RFP #07-2011
    l. BID – A R Johnson High School Autoclave, RFP #07-814
    m. BID – Meadowbrook Elementary School Playground Equipment, RFP #07-815
    n. BID – School Social Studies Maps and Globes, RFP #07-816
    o. Budget Amendments

      p. Dates to Consider for Budget Meetings – Called Meeting on May 22 at 4:00 p.m.
      q. <u>Monthly Superintendent's Recommendations</u>
15. Approved a motion to accept the Local Five-Year Facilities Plan.
16. Reported by the Building Committee for information only the Construction Update, Surplus Property Policy, Morgan Road Middle School Update and Hephzibah Elementary School Gym Floor Update.
17. Reported by the Finance Committee for information only the Monthly Financial Reports and Advance Pay Update.
18. Approved the Restructuring Plans for East Augusta and Spirit Creek Middle Schools.
19. Reported by the Instruction Committee for information only the AYP Update, High School Update, Charter School Update, Career Technical Magnet School Update and Field Trips for Saturday School.
20. Reported information on the presentation by Gainesville City School System on May 11, 2007 and approved a motion that all schools would make every effort to send representation and attend the presentation.
21. Approved the Interim Superintendent's Recommendation for Mrs. Janie Norris as Title I Coordinator.
22. Approved a motion for Hartley Gibbons as Assistant Principal at Butler High School and Rickey Lumpkin as Assistant Principal at Cross Creek High School with the provision that both would be offered the first available Elementary School Principalship based on seniority.
23. Approved the Interim Superintendent's Recommendations for Principals as follows:
    (a.) Glenn Harvey Andrews at Glenn Hills Middle School
    (b.) LaMonica Lewis at Morgan Road Middle School
    (c.) Thomas J. Norris at Tubman Middle School
    (d.) Benjamin Motley, Jr. at Lamar Elementary School
    (e.) Victoria Reese at Meadowbrook Elementary School
    (f.) Elizabeth Schad at A. B. Merry Elementary School
    (g.) Kathryn Perrin at Monte Sano Elementary School
    (h.) Jason Moore at Rollins Elementary School
    (i.) Dorothy Beck at Willis Foreman Elementary School
24. Reported by the Personnel Committee for information only the Teacher Vacancy Update.
25. Reported by the Student Services Committee for information only Additional Bomb Incident Management Training for Administrators.
26. Ms. Pulliam stated no update for the Advisory Committee Report.
27. Mr. Howard stated no update for the Arts in the Heart Report.
28. Mr. Padgett gave the Board of Health Report.
29. Mr. Scott gave the County Commission Report.
30. Mr. Padgett gave the Legislative Liaison Report.
31. Mr. Thompson gave an update on the Incentive Pay and Unused Sick Leave.
32. Mr. Thompson stated the Administrative Responses to Butler High School's PTSA Questions were sent to the School.
33. Announced the Gainesville Model for Achievement and Accountability on May 11, 2007 beginning at 11:00 a.m. in the Boardroom.
34. Announced the Retirement Banquet on May 15, 2007 at 7:00 p.m. at the Marriott Hotel.
35. Announced Baccalaureate Services on May 20, 2007 at 3:00 p.m. at the James Brown Arena.

36. Announced the Advisory Committee Meeting will be held on May 21, 2007 at 6:00 p.m. because of the Memorial Day Holiday on May 28, 2007.
37. Announced the Voyager Annual Celebration on May 23, 2007 at 4:00 p.m. at the Imperial Theatre.
38. Announced Graduation Services beginning at 9:00 a.m. on May 30 and 31, 2007 at the James Brown Arena.
39. Approved a motion to go into Executive Session for personnel matters and one student record issue.
40. Returned from Executive Session with no action taken.
41. Meeting adjourned at 9:00 p.m.

| EEOC Form 161 (2/08) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Hartley Gibbons, Jr.<br>1020 Pleasant Valley Dr.<br>Hephzibah, GA 30815 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 11A-2009-00017 | Vera J. Sims,<br>State & Local Coordinator | (404) 562-6881 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

JUL 15 2009
(Date Mailed)

Enclosures(s)

cc: **RICHMOND COUNTY BOARD OF EDUCATION**
864 Broad St.
Augusta, GA 30901

Leonard O. Fletcher, Jr., Attorney
Fletcher, Harley, Fletcher, LLP
3529 Walton Way, Ext.
Augusta, GA 30909

### EXHIBIT "B"

Enclosure with EEOC
Form 161 (2/08)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Rickey A. Lumpkin<br>3774 Pinnacle Place Dr.<br>Hephzibah, GA 30815 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 11A-2009-00016 | Vera J. Sims,<br>State & Local Coordinator | (404) 562-6881 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a **lawsuit** against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Bernice Williams-Kimbrough,
District Director

AUG 1 1 2009
*(Date Mailed)*

cc:   Leonard O. Fletcher, Jr., Attorney
Fletcher, Harley, Fletcher, LLP
(RICHMOND COUNTY BOARD OF EDUCATION)
3529 Walton Way, Ext.
Augusta, GA  30909

Matthew James Duncan, Attorney
Mullins Law Firm
1450 Greene Street, Suite 545
Augusta, GA  30901

### EXHIBIT "C"

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within 90 days of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than 2 years (3 years) before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request within 6 months of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*