IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 JUN -1 PM 4:01

CLERK ___C Adams___
SO. DIST. OF GA.

| | |
|---|---|
| HARTLEY GIBBONS JR., and RICKEY A. LUMPKIN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. CV109-130 |
| COUNTY BOARD OF EDUCATION OF RICHMOND COUNTY, and JAMES F. THOMPSON, individually, and in his Former official capacity as Interim Superintendent of the Richmond County Public Schools, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Hartley Gibbons, Jr. and Rickey A. Lumpkin, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals, Eleventh Circuit, from the Order granting Defendants' Motion for Summary Judgment entered in this action on the 31st day of March, 2011. This Notice is filed in compliance with the Court's Order granting Plaintiffs until 5 p.m., June 1, 2011, to file a Notice of Appeal from this Court's March 31, 2011 Judgment. (Doc. No. 52).

MULLINS LAW FIRM, P.C.

/s/Robert A. Mullins
Robert A. Mullins
Georgia Bar No. 529010
Attorney for Plaintiffs

MULLINS LAW FIRM, P.C.
1450 Greene Street Suite 3600
Augusta, Georgia 30901
(706) 724-1357